UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>Z FOODS d/b/a ZORIA FARMS, ZORIA FARMS, INC.,<br>  Defendant(s). | Case No.: 1:13-CV-1544 LJO SKO<br><br>**EX PARTE MOTION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

On September 24, 2013, the EEOC filed the instant action against Defendants Zoria Farms Inc ( hereinafter "Zoria Farms") and Z Foods d/b/a Zoria Farm ("Z Foods").  (See Docket No. 1).

On September 25, 2013, the Court issued an Order Setting a Mandatory Scheduling Conference for February 13, 2014.  (Docket No. 3).  Pursuant to that Order, the joint scheduling report is due on February 6, 2014 and the parties must meet and confer pursuant to Rule 26(f) by January 24, 2014.

On September 30, 2013, funding for the federal government lapsed and Plaintiff Equal Employment Opportunity Commission ("EEOC") moved the court to stay these proceeding as

1  counsel for the EEOC was prohibited from working on this matter during the federal
2  government shutdown on October 1, 2013.  (Docket No. 4).  On October 2, 2013, the Court
3  granted the motion to stay for the duration of the government shutdown and ordering that
4  "Plaintiff shall file a notice with the Court within three (3) court days after funding is restored
5  along with a proposed order lifting this stay."  (Docket No. 5).  On October 17, 2013, funding
6  for the federal government was restored and Plaintiff EEOC resumed operations.

7  Thereafter, the EEOC successfully served Defendants Zoria Farms Inc. and Z Foods
8  within the one hundred and twenty (120) days allotted under Rule 4(m) of the Rules of Civil
9  Procedure.  The EEOC successfully served Z Foods on January 8, 2014.  (Docket No. 8).

10  Starting in early December 2013, the EEOC attempted to serve Zoria Farms.  After
11  numerous attempts over a two month period, the EEOC was able to finally serve Zoria Farms
12  on January 21, 2014 through service by certified U.S. mail as permitted by state law.  *See* Rule
13  4(e)(1); Cal. Civ. Proc. Code §1013(a).  Pursuant to the Federal Rules and California Code of
14  Civil Procedure Section 1013, Defendant Zoria Farms has twenty-six days to answer the
15  complaint, making responsive pleadings due February 16, 2014.

16  Good cause exists to continue the Mandatory Scheduling Conference for thirty (30)
17  days.  Responsive pleadings by Zoria Farms will illuminate several critical issues, including
18  what affirmative defenses Zoria Farms will raise and thus the scope of discovery.  Thus, the
19  EEOC respectfully requests an ex parte motion to continue the initial scheduling conference as
20  the deadline for the Rule 26(f) conference, the joint scheduling report, as well as the joint
21  scheduling conference itself will occur before Defendant Zoria Farms Inc make an appearance.
22  Furthermore, the requested continuance will not result in any undue delay or prejudice to either
23  party as it would permit one of the Defendants to participate in those proceedings.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Accordingly, the EEOC requests that this Court continue the Mandatory Scheduling Conference, which is currently set for February 13, 2014 for a period of thirty (30) days.

Respectfully submitted,

Dated: January 31, 2014                   /s/ *Rumduol Vuong*
                                                RUMDUOL VUONG,
                                                Trial Attorney
                                                U.S. EQUAL EMPLOYMENT
                                                OPPORTUNITY COMMISSION

## **ORDER**

Pursuant to Plaintiff's ex parte request, IT IS HEREBY ORDERED that:

1. The scheduling conference set for February 13, 2014, is CONTINUED to **March 13, 2014, at 10:00 a.m**. **in Courtroom 7**; and

2. The parties shall conduct their Rule 26(f) conference by or on February 21, 2014 and their joint scheduling report shall be filed on or before March 6, 2014.

IT IS SO ORDERED.

Dated:   **January 31, 2014**                       **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE