Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1108
Facsimile:  (213) 894-1301
Attorneys for Plaintiff U.S. EEOC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br>  v.<br><br>Z FOODS d/b/a ZORIA FARMS, ZORIA FARMS, INC.,<br><br>    Defendant(s). | Case No.:  1:13-CV-01544 LJO SKO<br><br>**JOINT STIPULATION FOR SETTLEMENT CONFERENCE; ORDER** |

Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendants Zoria Farms Inc. ("Defendant"), through their respective counsel of record, hereby stipulate pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure as follows:

**1.  Good Cause to Conduct Settlement Conference**

Pursuant to the Local Rules, the parties have engaged in good faith settlement discussions and believe that a settlement conference in front of the magistrate judge may produce a settlement in this matter.  As a result of a scheduling conflict that has recently arisen, the parties will not be able to attend the settlement conference of March 23, 2015.

/ / /

/ / /

-1-

**2. <u>Stipulation to Conduct Settlement Conference</u>**

The parties stipulate that the Scheduling Order be amended to reflect the following new deadlines:

   a. Settlement conference shall be conducted on April 30, 2015;
   b. Confidential settlement conference briefs shall be submitted no later than one week prior to the settlement conference.

IT IS SO STIPULATED.

                                                    U.S. EQUAL EMPLOYMENT
                                                    OPPORTUNITY COMMISSION

Date: March 5, 2015          By:      /s/ *Rumie Vuong*
                                                    Rumie Vuong
                                                    Attorney for Plaintiff U.S. EEOC


                                                    WALTER & WILHELM LAW GROUP

Date: March 5, 2015          By:      /s/ *Paul Bauer*
                                                    Paul Bauer
                                                    Attorney for Defendant Zoria Farms Inc

**ORDER**

For good cause shown, the stipulation to conduct settlement conference is granted. The settlement conference shall be conducted on April 30, 2015 at 10:00 a.m. before Magistrate Judge Stanley A. Boone. Confidential settlement conference briefs shall be submitted no later than April 23, 2015. All other previous orders related to the settlement conference procedures shall remain in force.

IT IS SO ORDERED.

Dated:   **March 5, 2015**

UNITED STATES MAGISTRATE JUDGE