Anna Y. Park, SBN 164242
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1108
Facsimile: (213) 894-1301
Attorneys for Plaintiff U.S. EEOC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Z FOODS d/b/a ZORIA FARMS, ZORIA FARMS, INC.,<br><br>　　　　　Defendant(s). | Case No.: 1:13-CV-01544 LJO SKO<br><br>**JOINT STATEMENT REGARDING MID DISCOVERY STATUS CONFERENCE; ORDER** |

　　　　Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Zoria Farms Inc. ("Defendant"), through their respective counsel of record, hereby stipulate that the parties do not currently have any outstanding discovery disputes that would require the intervention of the Court. As such, a mid discovery status conference would be unnecessary and the parties request that the Court vacate the mid discovery status conference currently scheduled for March 17, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

1     IT IS SO STIPULATED.

2

3                                      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

4 Date: March 11, 2015     By:    /s/ *Rumie Vuong*

5                                        Rumie Vuong
Attorney for Plaintiff U.S. EEOC

6

7

8                                      WALTER & WILHELM LAW GROUP

9

10 Date: March 11, 2015     By:    /s/ *Paul Bauer*

11                                      Paul Bauer
Attorney for Defendant Zoria Farms Inc

# **ORDER**

For good cause shown, the joint stipulation to vacate the mid discovery status conference is granted.  The March 17, 2015 mid discovery status conference in this matter is vacated.

IT IS SO ORDERED.

Dated:    **March 11, 2015**                             **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE