# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZORIA FARMS, INC., et al.,<br><br>Defendants. | Case No. 1:13-cv-01544-LJO-SKO<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE<br><br>THIRTY DAY DEADLINE |

The Court conducted a settlement conference in this action on April 30, 2015. The Plaintiff and Zoria Farms, Inc. reached a settlement agreement during the conference.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The consent decree shall be filed within thirty (30) days from the date of service of this order unless an extension of time is requested by the parties; and
3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **April 30, 2015**

UNITED STATES MAGISTRATE JUDGE

1