UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Z FOODS d/b/a ZORIA FARMS, ZORIA FARMS, INC.,<br><br>　　　　Defendants. | Case No.:  1:13-CV-01544 LJO SKO<br><br>**JOINT STATUS REPORT; FIRST STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED CONSENT DECREE; ORDER** |

　　　　Plaintiff United States Equal Employment Opportunity Commission ("EEOC" or "Plaintiff") and Defendant Zoria Farms Inc ("Defendant"), through their respective counsel of record herein, hereby submit the following joint status report and respectfully request a continuance of the Court's ordered deadline to submit a proposed consent decree.

　　　**A.　Joint Status Report and Good Cause to Extend Deadline for Submission of Proposed Consent Decree**

　　　　The parties have worked diligently to finalize the terms of the decree and have come to an agreement on the majority of the terms of the decree.  The parties are currently negotiating two provisions in the decree and due to scheduling conflicts will not be able to finalize those terms before the June 1, 2015 deadline.

**B.   Stipulation to Extend Deadlines**

The parties stipulate and respectfully request that the deadline for the parties to submit a proposed consent decree be extended to June 22, 2015.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: June 1, 2015      /s/ Rumduol Vuong
RUMDUOL VUONG,
Trial Attorney, Attorneys for Plaintiff

WALTER & WILHELM LAW GROUP

Date:  June 1, 2015      By:      /s/
Paul Bauer
Attorney for Defendant Zoria Farms Inc.

## **ORDER**

For good cause shown, the stipulation to extend deadlines for submitting a proposed consent decree is granted. The parties shall submit a proposed consent decree on or by June 22, 2015.

IT IS SO ORDERED.

Dated:   **June 1, 2015**                              **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE