# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>         v.<br><br>ZORIA FARMS, INC., and Z FOODS INC.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-01544-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>(Docket No. 49) |

On February 19, 2016, Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") filed an amended Notice of Request to Seal Documents. (Doc. 49.) No opposition was submitted. The Court has reviewed Plaintiff's brief in support of its request to seal one declaration in support of its motion for default judgment against Z Foods, Inc., and to redact portions of its motion for default judgment. The Court finds there is a compelling safety interest that outweighs the public's presumption of access to the documents Plaintiff seeks to seal and redact. Therefore, Plaintiff's request to seal one document and redact one document is GRANTED.[1]

IT IS SO ORDERED.

Dated:    **February 29, 2016**                    **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to this Court's Local Rule 141(d), a "more detailed ruling" has been filed under seal.